UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| IN RE:<br><br>HENRY VOGT MACHINE CO.<br><br>Debtor | CHAPTER 11<br><br>BANKRUPTCY NO. 12-34186 |

### APPELLANTS' STATEMENT OF ISSES ON APPEAL

Come the Appellants, Republic Insurance Company, National Union Fire Insurance Company of Pittsburgh, PA, Granite State Insurance Company, and American International Specialty Lines Insurance Company, by counsel and pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure, and hereby provide the following issues to be heard on appeal of this case:

(1) Whether Appellants were denied due process because of the insufficiency of the notice provided to Appellants of the terms of the Debtor's First Amended Plan of Liquidation (the "Plan") and its accompanying Trust Agreement;

(2) Whether the bankruptcy court erred in ruling that Appellants' lacked standing to object to the Debtor's Plan due to the Court's rulings that: (i) the Plan is "insurance neutral;" and (ii) the Plan did not impermissibly alter Appellants' contractual rights;

(3) Whether the bankruptcy court exceeded its jurisdiction or otherwise erred in finding that the Debtor met its burden of proving the existence of sufficiently "unusual circumstances" to justify the invocation of the bankruptcy court's extraordinary power, under either 11 U.S.C. § 524(g) or 11 U.S.C. § 105, to channel asbestos-related claims to the Creditors' Trust and provide third-party injunctive relief in violation of applicable law;

(4) Whether the bankruptcy court erred in approving the Creditors' Trust and its corresponding Trust Agreement in violation of applicable law; and

(5) Whether the bankruptcy court erred in finding that the Debtor's Plan satisfied the requirements of: (i) 11 U.S.C. §§ 1129(a) and (b)(1); and (ii) 11 U.S.C. § 503(b).

1013614:3:LOUISVILLE

Dated: January 28, 2015

Respectfully submitted,

*/s/ Elizabeth Lee Thompson*
Elizabeth Lee Thompson
STITES & HARBISON PLLC
250 W. Main Street, Suite 2300
Lexington, KY 40507
Telephone: (859) 226-2300
Email: ethompson@stites.com

D. Cooper Robertson
STITES & HARBISON, PLLC
400 W. Market Street
Suite 1800
Telephone: (502) 687-2400
Email: crobertson@stites.com
COUNSEL FOR OBJECTING INSURERS

**CERTIFICATE OF SERVICE**

This is to certify that the foregoing was served this the 28th day of January, 2015 in accordance with the method established under this Court's CM/ECF Administrative Procedures upon all parties in the electronic filing system in the case including the debtor's counsel, and the U.S. Trustee.

*/s/ Elizabeth Lee Thompson*
Elizabeth Lee Thompson